**Monte Decarlos WINSTON, Petitioner–Appellant,**

v.

**UNITED STATES ATTORNEY GENERAL, Respondent–Appellee.**

No. 14–6616.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: Aug. 1, 2014.

Monte Decarlos Winston, Appellant Pro Se.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monte Decarlos Winston, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Winston v. U.S. Attorney Gen.,* No. 3:14–cv–00081–REP–MHL (E.D.Va. Apr. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*